IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re ASSOCIATED COMMUNITY SERVICES, INC., <br><br>　　　　Debtor.<br>_____ | Misc. Case No. 2:17-mc-50420 <br><br> Judge Gershwin A. Drain <br><br> Magistrate Judge David R. Grand |

**ORDER ON UNITED STATES' MOTION RESCINDING THE WRIT**

Upon consideration of *United States' Motion for Order Rescinding the Writ* (Docket No. 5), and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The United States' motion is **GRANTED**.

2. The *Writ of Habeas Corpus ad Testificandum* addressed to the Warden of Federal Correctional Institute Milan, Michigan and the United States Marshal Service (Docket No. 3) is hereby **RESCINDED**.

3. This miscellaneous case is now hereby ordered to be closed.

**SO ORDERED.**

Dated: April 18, 2017　　　　　　　　　　　s/Gershwin A. Drain
　　　　　　　　　　　　　　　　　　　　　GERSHWIN A. DRAIN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on **April 18, 2017.**

                                                     s/Teresa McGovern
                                                     TERESA MCGOVERN
                                                     Case Manager Generalist